UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: REVOLUTION ALUMINUM PROPCO, LLC<br>DEBTOR | CASE NO.: 16-81024<br>CHAPTER 11<br>(INVOLUNTARY) |

## MOTION FOR EXPEDITED HEARING

**NOW INTO COURT,** through the undersigned counsel, comes Ryan & Associates, Inc., Engineered Products, Inc., and Tina J. Hertzel ("Petitioning Creditors") who respectfully represents as follows:

1.

The Petitioning Creditors in this involuntary case have filed a motion for relief under 11 U.S.C. § 303(f), and for relief under Federal Rule of Bankruptcy Procedure 1013.

2.

For the reasons stated in the main motion, the granting of such relief is necessary and urgent to protect the Petitioning Creditors from dilution of the assets of the bankruptcy estate.

**WHEREFORE**, Ryan & Associates, Inc., Engineered Products, Inc., and Tina J. Hertzel pray that an expedited hearing be held on this motion for the 28th day of September, 2016, at 9:30 a.m., U.S. Bankruptcy Court, 300 Jackson Street, Alexandria, Louisiana, and for such other and further relief as is justified in the premises.

Alexandria, Louisiana, this 20th day of September, 2016.

>
> Respectfully submitted:
>
> **GOLD, WEEMS, BRUSER, SUES & RUNDELL**
>
> By: /s/Bradley L. Drell
>      Bradley L. Drell (La. Bar Roll # 24387)
>      2001 Macarthur Drive
>      Post Office Box 6118
>      (318) 445-6471
>      (318) 445-6476
>      Alexandria, Louisiana 71301
>      E-mail: bdrell@goldweems.com
>
> **ATTORNEY FOR PETITIONER CREDITORS, RYAN & ASSOCIATES, INC., ENGINEERED PRODUCTS, INC, AND TINA J. HERTZEL**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: REVOLUTION ALUMINUM PROPCO, LLC     CASE NO.: 16-81024
               DEBTOR                                   CHAPTER 11
                                                                             (INVOLUNTARY)

## CERTIFICATE OF SERVICE

This is to certify that the forgoing *Motion for Expedited Hearing* was served on the Office of the United States Trustee, 300 Fannin Street, 3196 Federal Building, Shreveport, Louisiana 71101 and Revolution Aluminum Propco, LLC, through their Agent for Service of Process, William R. Bishop, 546 Carondelet, New Orleans, LA 70130, by placing a copy of same in the United States Mail, postage prepaid.

Alexandria, Louisiana, this 20th day of September, 2016.

                                               /s/Bradley L. Drell
                                               OF COUNSEL