SO ORDERED.

SIGNED September 30, 2016.



_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE
_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: REVOLUTION ALUMINUM PROPCO, LLC<br>DEBTOR | CASE NO.: 16-81024<br>CHAPTER 11<br>(INVOLUNTARY) |

## ORDER

Premises Considered,

**IT IS ORDERED** that the *Emergency Motion for Relief Under 11 U.S.C. § 303(f) and Federal Rule of Bankruptcy Procedure 1013* is hereby granted, and that pending adjudication on the involuntary petition the alleged Debtor must request Court authority from this Court for the following acts under 11 U.S.C. § 303(f), pending resolution of the bankruptcy petition:

A. Payments or transfers to or for the benefit of any insider or affiliates for any purpose, including payments and transfers alleged to be in the ordinary course of business;

B. Taking any further advances on the Mortgage from Cervenka & Lukes Mortgage; and

C. Alienating, selling, hypothecating or further mortgaging the Property described in Exhibit "A" to the motion, which is located at 300 Williams Lake Road, Pineville, LA 71361.

###

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: /s/Bradley L. Drell
      Bradley L. Drell (La. Bar Roll # 24387)
      2001 Macarthur Drive
      Post Office Box 6118
      (318) 445-6471
      (318) 445-6476
      Alexandria, Louisiana 71301
      E-mail: bdrell@goldweems.com

**ATTORNEY FOR PETITIONER CREDITORS, RYAN & ASSOCIATES, INC., ENGINEERED PRODUCTS, INC, AND TINA J. HERTZEL**