**SO ORDERED.**

**SIGNED October 20, 2016.**



_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE
_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: REVOLUTION ALUMINUM PROPCO, LLC<br>DEBTOR | CASE NO.: 16-81024<br>CHAPTER 11<br>(INVOLUNTARY) |

### ORDER

Considering the Motion for Emergency Relief Under 11 U.S.C. § 303(f) and Federal Rule of Bankruptcy Procedure 1013 filed by the Petitioning Creditors in this matter,

**IT IS ORDERED** that a trial on the Involuntary Petition will be had on November 16, 2016 at 9:30 a.m. before this Court. Counsel to the Petitioning Creditors is directed to notice this Order on the mailing matrix and on all creditors who have requested notice.

###

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: /s/Bradley L. Drell
      Bradley L. Drell (La. Bar Roll # 24387)
      2001 Macarthur Drive
      Post Office Box 6118
      (318) 445-6471
      (318) 445-6476
      Alexandria, Louisiana 71301
      E-mail: bdrell@goldweems.com

**ATTORNEY FOR PETITIONER CREDITORS, RYAN & ASSOCIATES, INC., ENGINEERED PRODUCTS, INC, AND TINA J. HERTZEL**